# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID FRENCH and,<br>PAMELA FRENCH,<br><br>                Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>                Defendant. | Case No.  CIV-13-1378-R |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      The Plaintiffs, David French and Pamela French, and Defendant, Allstate Insurance Company, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41 (a)(1), hereby jointly stipulate to the dismissal of Plaintiffs' claims against Defendant in their entirety with prejudice to their refiling.  Each party shall bear its own attorney's fees and cost.

      Dated this 30th day of May 2014.

| | |
|---|---|
| s/ MICHAEL D. MCGREW | s/ RONALD L. WALKER |
| (Signed by Filing Attorney with permission of attorney) | RONALD L. WALKER, OBA #9295 |
| Michael D. McGrew, OBA #013167 | JERRY D. NOBLIN, JR. OBA #20296 |
| Michael D. McGrew & Associates, PC | TOMLINSON · RUST · MCKINSTRY · GRABLE |
| 400 N. Walker, Suite 115 | Two Leadership Square, Suite 450 |
| Oklahoma City, OK 73102 | 211 North Robinson Ave. |
| Telephone: (405) 235-9909 | Oklahoma City, OK 73102 |
| Facsimile: (405) 235-9929 | Telephone: 405/606-3370 |
| Email: mcgrewslaw@yahoo.com | Facsimile: 877/917-1559 |
| *Attorney for Plaintiffs* | E-mail: ronw@trmglaw.com |
| | E-mail: jerryn@trmglaw.com |
| | *Attorneys for Defendant* |